# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    CALIFORNIA

**APPEARANCE**

Case Number: 07mj8883

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ROBERTO ARTEAGA-MAYA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/1/2007 | JOHN C. ELLIS, JR. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD — 228083 |
| | Print Name — Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City — State — Zip Code |
| | (619) 234-8467 — (619) 687-2666 |
| | Phone Number — Fax Number |