UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     ) | |
|     Plaintiff,    ) | Case No. 07mj8883 |
|     ) | |
| v.    ) | |
|     ) | |
| ROBERTO ARTEAGA-MAYA,    ) | |
|     ) | |
|     Defendant.    ) | |
| _____) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

> United States Attorney's Office
> 880 Front Street
> San Diego, CA  92101

Dated:  November 1, 2007                                        */s/ John C. Ellis, Jr.*
                                                                                                 JOHN C. ELLIS, JR.
                                                                                                 Federal Defenders
                                                                                                 225 Broadway, Suite 900
                                                                                                 San Diego, CA 92101-5030
                                                                                                 (619) 234-8467  (tel)
                                                                                                 (619) 687-2666  (fax)
                                                                                                 john_ellis@fd.org