FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 07MJ8883 |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS |
| v. | ) | COMPLAINT WITHOUT PREJUDICE |
| Roberto ARTEAGA-Maya | ) | |
| Defendant. | ) | |

### MOTION TO DISMISS

COMES NOW the United States Attorney, Karen P. Hewitt, and Assistant U. S. Attorney, Carla J. Bressler, and hereby moves to dismiss, without prejudice, the complaint against the above named defendant in the interest of justice for further investigation.

### ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the above entitled complaint charging importation of a controlled substance (Felony), in violation of Title 21, United States Code, Sections 952 and 960, filed October 29, 2007, before Magistrate Judge Peter C. Lewis, be dismissed, without prejudice, as to the above named defendant.

//

1   IT IS FURTHER ORDERED that bond be exonerated, if bond posted
2   or defendant be released if in custody.
3   IT IS FURTHER ORDERED that the preliminary hearing date of
4   November 13, 2007, be vacated as to defendant.
5   DATED:   November 13, 2007.

PETER C. LEWIS
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

CARLA L. BRESSLER
Assistant U. S. Attorney